IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

RECEIVED
USDC CLERK FLORENCE, SC
2022 JUN -3 AM 11: 12

Terrell Herbert
Denae Powell

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

D.S.S Tiffany Allen
Rosa Agens
Shauntegia Rivers

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☒ Yes   ☐ No
*(check one)*

**I.    The Parties to This Complaint**

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Terrell Herbert Denae Powell
Street Address: 1937 W-Palmetto St
City and County: Florence, SC 29501 Darlington
State and Zip Code: Florence 29501
Telephone Number: 843-472-3570

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: Tiffany Brooke Allen
Job or Title (if known): Attorney
Street Address: 130 E Camden ave
City and County: Hartsville
State and Zip Code: S.C 29550
Telephone Number: 843-332-1163 or 843-332-8159

Defendant No. 2

Name: Rosa Agnes
Job or Title (if known): Worker
Street Address: 130 E. Camden ave
City and County: Hartsville
State and Zip Code: S.C 29550
Telephone Number: 843-332-2231

Defendant No. 3

Name: Shauntegey Rivers

2

|  |  |
|---|---|
| Job or Title (if known) | Worker |
| Street Address | 130 B Camden ave |
| City and County | Hartsville |
| State and Zip Code | S.C 29550 |
| Telephone Number | 843-332-2231 |

Defendant No. 4

|  |  |
|---|---|
| Name | D.S.S |
| Job or Title (if known) | Corporation |
| Street Address | 130 E Camden ave |
| City and County | Hartsville, SC |
| State and Zip Code | SC 29551 |
| Telephone Number |  |

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question         ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.  If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____
_____
_____

3

**B.   If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Terroll Herbert, is a citizen of the State of *(name)* Philadelphia.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* D.S.S, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

    b. If the defendant is a corporation

    The defendant, *(name)* D.S.S, is incorporated under the laws of the State of *(name)* South Carolina, and has its principal place of business in the State of *(name)* South Carolina. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* D.S.S.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

I lost my job, and was forced to pay hotel fees for two years, because im not a citizen of this State. I also lost my $114,000 house due to lack of income caused by the loss of my job.

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Tiffany Allen - filed false charges on me on 12/2/2020. Rosa Agnes - Took my son from School and placed him in foster Care for no reason. 11/30/2020 at 2:00pm from Pate elementry. Ms. Rivers took my son back to a foster home after my son was abused their. On 4/5/2021

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

My son was held in foster Care for two years then taken out, and sent to Glenoden, Pa against my will. My son was also abused twice, and D.S.S switched the venue to Lee County. My son still wakes up from his sleep crying from nightmares.

5

**V.     Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.     For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: __June__, 20_22_

Signature of Plaintiff _[signature]_
Printed Name of Plaintiff __Terrell Herbert__

**B.     For Attorneys**

Date of signing: _____, 20___.

Signature of Attorney       _____
Printed Name of Attorney    _____
Bar Number                  _____
Name of Law Firm            _____
Address                     _____
Telephone Number            _____
E-mail Address              _____

6